UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

RANDY L. SWEERE, d/b/a CONCRETE SAWING AND CORING INC.,

Defendant.

Civil No.01-854 MJD/SRN

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P.41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: June 12, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]

Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 6-29-01

Michael J. Davis
Judge of District Court